IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS D. HENDON, | No. CIV S-09-1456-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| BAROYA, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is Plaintiff's motion for clarification (Doc. 6). Plaintiff is requesting clarification about the proper venue for this action.  Plaitniff originally filed this case in the Fresno Division of this court, case number 1:09cv0911.  It was transferred to the Sacramento Division on May 27, 2009, with the finding that the alleged violations took place in Sacramento County.

      In his request for clarification, Plaintiff states that his claims arose in Kern County while he was housed at California Correctional Institution (CCI).  Kern County is part of the Fresno Division of the United States District Court for the Eastern District of California.  This case was therefore properly filed in the Fresno Division and should be transferred back.  See

1 | Local Rule 3-120(d), (f).

2 |     Accordingly, IT IS HEREBY ORDERED that:

3 |     1.    Plaintiff's motion for clarification (Doc. 6) requesting this case be transferred back to the Fresno Division is granted;

    2.    The Clerk of the Court is direct to transfer this matter back to the Fresno Division and reopen case number 1:09cv0911; and

    3.    All future filings shall refer to the Fresno case number, 1:09cv0911, and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: August 6, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE